UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

| | |
|---|---|
| WILLIAM SCRUPPS, ) | |
|             Plaintiff, ) | No. C12-1852RSL |
|     v. ) | |
|  ) | ORDER TO SHOW CAUSE |
| JP MORGAN CHASE BANK NA, ) | |
|  ) | |
|             Defendants. ) | |

_____)

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on October 19, 2012. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than March 14, 2013.

DATED this 28th day of February, 2013.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE